ACCEPTED
12-14-00189-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/19/2015 11:15:59 AM
CATHY LUSK
CLERK

LAW OFFICES

# DAVID ZEDLER & ASSOCIATES, P.C.

215 1/2 North Travis
Sherman, Texas 75090
903-868-8989
(FAX) 903-786-0007

June 19, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/19/2015 11:15:59 AM

CATHY S. LUSK
Clerk

Twelfth Court of Appeals
Clerk of the Court
1517 W Front St.
Tyler, Texas 75702

Re: STATE OF TEXAS vs. TRACY RAY HASS
Appeal No. 12-14-00189-CR; Twelfth District of Texas
Cause No. 061728 in the 59th Judicial District Court of Grayson County, Texas
CT 1 THEFT PROP>=$1,500<$20K
CT 2 BURGLARY OF BUILDING

Dear Clerk Lusk:

Please be advised that pursuant to Texas Rules of Appellate Procedure 48.4, within five days of the date the Court issued its opinion in his appeal, on June 2, 2015 this attorney notified Appellant Tracy Hass at his last known address of his right to file a pro se petition for discretionary review and sent him a copy of the opinion and judgment, a copy of the notice attached.

Very truly yours,

/s/ David L. Zedler

David L. Zedler

DLZ:/sds

Enclosure

LAW OFFICES
# DAVID L. ZEDLER, P.C.
190 Oak Drive
Pottsboro, Texas 75076
903-814-6893
(FAX) 903-786-0007

June 2, 2015

Mr. Tracy Ray Hass
#1918959
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

*Resent 6/18/15 CM/RRR*
*# 7013 6606 0002 0788 2581*

Re:      STATE OF TEXAS vs. TRACY RAY HASS
Appeal No. 12-14-00189-CR; Twelfth District of Texas
Cause No. 061728 in the 59th Judicial District Court of Grayson County, Texas
CT 1 THEFT PROP>=$1,500<$20K
CT 2 BURGLARY OF BUILDING

Dear Mr. Hass:

Please find enclosed copy of The Court of Appeals Brief that was rendered on May 29, 2015 wherein your conviction was Affirmed. Although I disagree with their opinion about both issues on appeal, I cannot truthfully say that their reasoning is so outrageous that it necessarily warrants an appeal to The Texas Court of Criminal Appeals. You may of course do so, but you will either need to hire you own attorney or file your petition pro se.

It has been a pleasure representing you and although I with it had a different outcome, this will conclude my representation of you in this matter.

Sincerely yours,

/s/

David Zedler

*Resigned 6/18/15*

DLZ:rkz



## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

LOVELADY, TX 75851

| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 $0.00 |
| Total Postage & Fees | $ | $0.49 |

POTTSBORO, TX 75076
0076
03
JUN 18 2015
Postmark Here
USPS

Sent To
Tracy Adss # 19118959

Street, Apt. No.; or PO Box No.
2665 Rison Rd #1

City, State, ZIP+4
Lovelady TX 75851

PS Form 3800, August 2006          See Reverse for Instructions

$6.74          06/18/2015

---

(Domestic)
(LOVELADY, TX 75851)
(Weight:0 Lb 0.50 Oz)
(Expected Delivery Day)
(Saturday 06/20/2015)

Certified          1          $3.45
   (@@USPS Certified Mail #)
   (70130600000207882581)

Return          1          $2.80
Receipt
   (@@USPS Return Receipt #)
   (9590940100105071343441)

PM 2-Day          1          $13.60
   (Domestic)
   (EL PASO, TX 79912)
   (Weight:7 Lb 0.6 Oz)
   (Expected Delivery Day)
   (Saturday 06/20/2015)
   (USPS Tracking #)
   (9505 5101 2127 5169 0009 66)

Insurance          1          $0.00
   (Up to $50.00 included)

---

Total          $20.34

---

Credit Card Remitd          $20.34
   (Card Name:MasterCard)
   (Account #:XXXXXXXXXXXX0076)
   (Approval #:00952Z)
   (Transaction #:766)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tracy Johnss
# 1918959
Eastham Unit
2665 Prison Rd #1
Loveladey TX 75851

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)